DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ABRAHAM H. SEGALL,**
Appellant,

v.

**WACHOVIA BANK, N.A., AS TRUSTEE
FOR JP MORGAN TRUST 2005-A8,**
Appellee.

No. 4D17-1331

[December 14, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE09004020.

Brian Korte of Korte & Wortman, P.A., West Palm Beach, for appellant.

Alejandra Arroyave Lopez and Jan T. Williams of Lapin & Leichtling, LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***